# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPAL SINGH,<br>Petitioner,<br>v.<br>JAIME RIOS, et al.,<br>Respondents. | Case No. 5:26-cv-04510-SSS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately remove the ankle monitor from petitioner Harpal Singh (A # XXX-XXX-154); (3) respondents are enjoined and restrained from re-detaining petitioner or again imposing an ankle monitoring requirement unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community, or there has been a material change of circumstances; (4) respondents are enjoined from

removing petitioner to a third country unless they: (a) provide him with written notice of the country to which he will be removed; and (b) thereafter provide petitioner with a meaningful opportunity (including at least 15 days after written notice is given) to raise and pursue a fear-based claim for protection prior to removal; and (5) respondents shall file a status report no later than three court days from the date of this Order regarding their compliance with this Order.

Dated: October 30, 2026

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE